**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6797**

---

CLARENCE SILVESTER GREGORY,

       Plaintiff - Appellant,

    v.

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, SCDC; MARTYNA TANAISHA GREEN; SHANEKIA DICKERSON; TAUNJANESE NICOLE MEGGET; ANTHONY TISHIRO INNABINETT, Associate Warden,

       Defendants - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Anderson.  Bruce H. Hendricks, District Judge.  (8:23-cv-02316-BHH)

---

Submitted:  May 23, 2025                    Decided:  July 9, 2025

---

Before NIEMEYER and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Clarence S. Gregory, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence S. Gregory appeals the district court's order accepting the recommendation of the magistrate judge, denying Gregory's motion to supplement and amend his pleadings, and denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and discern no reversible error in the district court's rulings that Gregory's amended complaint failed to state a claim of deliberate indifference under the Eighth Amendment related to his exposure to environmental tobacco smoke and denying as futile his motion to supplement and amend his complaint. *See Helling v. McKinney*, 509 U.S. 25, 35-36 (1993). Accordingly, we affirm the district court's order. *Gregory v. S.C. Dep't of Corrs.*, No. 8:23-cv-02316-BHH (D.S.C. July 31, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*